## Commonwealth *v.* Canterbury, Appellant.

Before BRUNO, J.

Submitted September 8, 1975. *John W. Packel,* Assistant Defender, and *Benjamin Lerner,* Defender, for appellant; *Francis C. Barbieri, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.